**Order filed April 30, 2014.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00189-CV
_____

## KEN OKORIE AND LINDA OKORIE, Appellant

## V.

## OCWEN LOAN SERVICING, LLC, Appellee

On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2012-13966

## ORDER

On April 8, 2014, appellants' filed a Motion for Leave to File Notice of Appeal and to imply a Motion for Extension Was Properly Filed. Because appellants' filed a motion for leave in the trial court that was signed by both appellants, we grant the motion. *See Ace Ins. Co. v. Zurich Am. Ins. Co.,* 59 S.W.3d 424, 426 (Tex. App.—Houston [1st Dist.] 2001, pet. denied).

Accordingly, we deny appellee's pending motions to dismiss this appeal and to strike appellants' motion.

PER CURIAM


Panel consists of Justices McCally, Busby and Donovan.